IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-06-414 |
| | § § § § | |
| VICTOR BALTAZA-ESPINAL, *et al.* | § | |

**O R D E R**

Defendant Baltazar-Esponal filed an unopposed motion for continuance, (Docket Entry No. 57). All codefendants are unopposed to this motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The pretrial conference is reset to **March 19, 2007, at 8:45 a.m** The jury trial and selection are reset to **March 26, 2007, at 9:00 a.m.**

SIGNED on December 21, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge